**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TWIN CITIES BAKERY WORKERS          :
HEALTH AND WELFARE FUND,            :
                                    :
          Plaintiff,                :
                                    :
     v.                             : Civil Action No. 01-2197 (JR)
                                    :
BIOVAIL CORPORATION,                :
                                    :
          Defendant.                :

## ORDER

          For the reasons stated in the accompanying memorandum,

the defendant's motion for summary judgment [#51] is **granted.**


                              JAMES ROBERTSON
                         United States District Judge